UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                          -against-

Victoria Mendez,
                          Defendant.
-----------------------------------------------------------X

**ORDER**

7:25-CR-00065 (CS)

Seibel, J.

    The Clerk of Court is directed to unseal the Magistrate case docket (7:24-MJ-00338) for Defendant Victoria Mendez for purposes of merging the documents into this case.

**SO ORDERED.**

Dated: February 20, 2025
        White Plains, New York

_____
Cathy Seibel, U.S.D.J.